**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOSHE MOSBACHER | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 12 CV 1014 |
| | * |
| IT.COM, INC., *et al.* | * |
| | * |
| Defendants. | * |

*************************************************************************

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

The Parties have reached an arms-length settlement of all claims alleged by Plaintiff against Defendants in this action. To this end, the parties request the Court dismiss Plaintiff's claims against Defendants, with prejudice.

Respectfully submitted,

   /s/  Gregg C. Greenberg
Gregg C. Greenberg, Bar No. MD17291
The Zipin Law Firm, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
(301) 587-9373 (Ph)
(301) 587-9397 (Fax)
Email: ggreenberg@zipinlaw.com

*Counsel for Plaintiff*


   /s/  Mary E. Pivec
Mary E. Pivec, DC Bar No. 445760
Williams Mullen
1666 K Street, Suite 1200
Washington, DC  20006
(202) 293-8128 (Ph)
(202) 293-5939 (Fax)
Email: mpivec@williamsmullen.com

*Counsel for Defendants*